UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANOOP BAJWA,<br><br>      Petitioner,<br><br> v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>      Respondent. | CASE NO. C19-1561-RAJ-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

 (1) The Court ADOPTS the Report and Recommendation.

 (2) The Government's motion to dismiss, Dkt. 6, is GRANTED.

 (3) This action is DISMISSED without prejudice as moot.

 (4) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 25th day of March, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1